30 A.3d 316

IN THE MATTER OF LOUIS MACCHIAVERNA, AN ATTORNEY AT LAW (ATTORNEY NO. 016221997).

November 23, 2011.

**ORDER**

This matter having been duly presented to the Court on the motion for reinstatement to practice filed by **LOUIS MACCHIAVERNA** of **LAVALETTE,** who was admitted to the bar of this State in 1998, and who has been temporarily suspended from the practice of law since October 20, 2011;

And the Disciplinary Review Board having reported to the Court that respondent has paid the outstanding administrative costs owed in DRB 10–096;

And good cause appearing;

It is ORDERED that the motion is granted, and **LOUIS MACCHIAVERNA** is reinstated to the practice of law, effective immediately.